Court of Criminal Appeals
CAUSE NO. CR11-0775-01
31,762-04

Billy Clay WADE TVC#747041
Robertson Unit
12071 fm 3522
Abilene TX 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 24 2015
Abel Acosta, Clerk

July 23, 2015

<u>Sir Chief Justice</u>.

ON June 30, 2015 I filed a 11.07 Application for Write of Habeas Corpus, IN The 43rd District Court of Potter County Texas. 16 Days Later The State filed THeir Reply to Applicants Application for Write of Habeas Corpus. with out Applicants Attorney Reply or Statement of <u>Facts</u>. 16 Days. I Have lost my Writ Writer Due to Being moved, But THe Cleack HAS Not forward all my Affidavit, Motion for Leave To Discover Critical material Evidence with IN The Prosecuted's file. They only Sent The Court of Appeals ½ of my 11.07 Missing IS SAid document To wit, HAlf page report of Dr Ortiz, Critical and material ~~as well~~ well As Pivotal To Prove applicants 11.07 ALL my EXHiBit ①

THcir should Be over 200 pAges

## Description

1. The Judgment of Conviction ~~xx~~
2. The Indictement ~~xx~~
3. The Appellate opinion offirming The conviction
4. Motion for Competency Examination
5. Judge Lofton's order for a Competency Exam with appointment of Dr. Potter to Conduct The needed Interviews And testing
6. Dr. Potter's Competency Examination Involving Two Separate 2-Hours of Interviewing and administering Three tests resulting in a finding of INCompetency
7. Judge Lofton's order for applicant to be hospitalized within a mental Instituts The Whitiefll mental Hospital
8. The mental INSitute failed to medicate
9. Judge Craig Towson's order for The Mental Institute to give up aplicant's bed to Another to Stop The Hospital From Continuing to bill The Court
10. Applicant's capture and arrest after an alleged episode of Criminal activity
11. Judge Craig Towson's order for Applicant to be Re-evaluate and a Second opinion given as to his Competency to Stand Trial In which a forensic Psychologist Name ORTiZ WAS appointed who after a 15 minute Interview found Applicant Competent Thereafter he Issued a Half page Report



12. Judge Craig Towson's order restoring applicant to Competency as well as his recorded reasoning within The Trial Records

13. Applicant's open plea to The Jury and The courts Legal colloquy and admonishments

14. The Jurys verdict and Sentence And The courts Stacking Said Jury Sentence upon and old prior prison Sentence.        Also Index of Exhibitory Attachment

Z— Certification from Custodian of Records regarding applicant's mental health.

Z1— Applicants MHMR mental Health History and assessment for August 19 2011 And September 30th 2011 Along with medication prescribed

Z2 The Same MHMR Documents of applicants mental Heath Hisitory.

Z3 Trial testimony of Dr Potter

Z4

Z5
_____

Others Affidavit regarding The alleged forensic Psycholgist Name ortiz

ALL of my ExhiBit are Not on this Not Be forward to The Court. of Appeal. Sin He or SHe I protest THAt all of my 11:07 Be Sent To The Court of Appeals.

Thank you.

Billy Clay Wade  # 747041

Dated 7-23-2015

Copyed

(4)